**BUCHALTER NEMER**
A Professional Corporation
    Peter G. Bertrand (SBN: 87883)
    Robert S. Addison, Jr. (SBN: 188565)
    Cheryl M. Lott (SBN: 232548)
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Victim and Real Party in Interest
**COMERICA BANK**, a Texas Banking Corporation

FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>GARY ROBERT HOWSAM,<br><br>    Defendant. | CR NO. 07-1288 ODW<br><br>[~~PROPOSED~~] **ORDER UNSEALING SPECIFIC ITEMS OF EVIDENCE AND PROTECTIVE ORDER** |

///
///
///



1

BN 4668150v1

**[PROPOSED] ORDER UNSEALING SPECIFIC ITEMS OF EVIDENCE AND PROTECTIVE ORDER**

A PROFESSIONAL CORPORATION
LOS ANGELES

After considering Harel Goldstein's Motion for Reconsideration and Comerica Bank's Joinder and Motion for Reconsideration of this Court's October 2, 2009 order Sealing Specific Items of Evidence, the Court modifies its October 2, 2009 order as follows:

1. Harel Goldstein may produce to Comerica Bank, for use in the pending International Film and Television Alliance Arbitration ("IFTA") number 07-75, the video and audio recordings made by the government during its investigation in the above entitled matter, any transcripts of these recordings, and any subsequent documents that reflect the contents of these recordings, identified as:

   a) An audio and videotape recording of a dinner meeting between Harel Goldstein and Gary Howsam obtained on November 2, 2007;

   b) Two audiotape recordings of telephone calls between Gary Howsam and Harel Goldstein, obtained respectively on October 16, 2007 and October 29, 2007;

2. Harel Goldstein and his defense counsel may use the above described materials as necessary in the case of *U.S. v. Goldstein* (CR No. 07-01070) in communications with the court or government during the litigation of *U.S. v. Goldstein*.

3. Harel Goldstein and Comerica Bank may use the above described materials in either the pending IFTA Arbitration No. 07-75 or in the pending state court action entitled *Comerica Bank v. Howsam et al.*, Los Angeles County Superior Court Case No. BC316406. If any of the above described materials are filed in a public forum (i.e. in State Court), the filing party is to file the material under seal.

4. Harel Goldstein and Comerica Bank shall not disclose the items detailed above to any non-parties to above listed cases.

5. Order to take effect ten days after signature date.

IT IS SO ORDERED.

DATED: 11-23, 2009

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE